ROBERT JAMES SWINT,
PLAINTIFF,

VS.

SAFEWAY INC., DOLLAR GENERAL,
DEFENDENTS,

NEW COMPLAINT
CIVIL ACT #_____

2026 APR -8 P 2:59

## FACTS AND FINDINGS

Clatskanie, Oregon has been known in the past for both being a town of cops, copskanie, and sextortion cases, Clatskanie Police dept, and Columbia County. Both facilities here Columbia and Clatsop/Cowlitz; Safeway at the evergreen shopping shipping cents, the bluebird beaver boat ramp across the street, Sign in by sayin "I ACCEPT at every dollar general and time for the override at checkstand 1 @ safeway.com. Quite the operation I can see why there comeback attempt was

to once again set me up, there only whitness/

## CONCLUSION

I AM ASKING FOR 11 YEARS OF REIMBURSEMENT. 7 YEARS OF TRIALS AND TRIBULATIONS WITH THE COURTS, JAILS, PRISONS, AND MENTAL HEALTH/ STATE HOSPITALS; ALONG WITH 4 STRAIGHT HOMELESS WINTERS. ALONE WITH THEM TRYING TO TRACK/ TAKEOUT THERE ONLY WITN. THE AMOUNT OF 24 MILLION USC 28 [PUBLIC ACCESS] Title 42 (2000)

Sincerely,
RJS 3-19-2026
Robert J Swint